AO 455(Rev. 5/85) Waiver of Indictment

FILED
APR - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RJM DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JAVIER VARGAS-MORFIN

**WAIVER OF INDICTMENT**

08CR1045-L

CASE NUMBER: 08 MJ0742

I, JAVIER VARGAS-MORFIN, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4-3-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

vargas morfin Javier
Defendant

[signature]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER